No. 505. GOVERNMENT AND CIVIC EMPLOYEES ORGANIZING COMMITTEE, CIO, ET AL. *v.* WINDSOR ET AL. Appeal from the United States District Court for the

Northern District of Alabama. The motion for an injunction is denied. MR. JUSTICE BLACK took no part in the consideration or decision of this motion. *Arthur J. Goldberg* and *Thomas E. Harris* for appellants. *Si Garrett*, Attorney General of Alabama, *M. Roland Nachman, Jr.*, Assistant Attorney General, and *Jesse M. Williams* for appellees.